B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of California - San Jose Division

In re: **Technology Properties Limited LLC**, Debtor(s)

Case No. **13-51589**
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Agility IP Law<br>149 Commonwealth Drive<br>Suite 1033<br>Menlo Park, CA 94025 | Agility IP Law<br>149 Commonwealth Drive<br>Suite 1033<br>Menlo Park, CA 94025 | legal fees | | 895,000.00 |
| Alan Marsh<br>2183 Snook Drive<br>Naples, FL 34102 | Alan Marsh<br>2183 Snook Drive<br>Naples, FL 34102 | Funder entitled to revenue share | Disputed | 457,687.00 |
| Arockiyaswamy Venkidu<br>As Shareholder Rep. for OnSpec S/Hs<br>112 Priceton Road<br>Menlo Park, CA 94025 | Arockiyaswamy Venkidu<br>As Shareholder Rep. for OnSpec S/Hs<br>112 Priceton Road<br>Menlo Park, CA 94025 | Sale of OnSpec Stock | | 5,020,000.00<br><br>value of security unknown |
| Beresford & Co.<br>16 Hugh Holborn<br>London, WCIV 6BX | Beresford & Co.<br>16 Hugh Holborn<br>London, WCIV 6BX | legal fees | | 1,472,281.40 |
| Blumbach-Zinngrebe<br>Postfach 6208<br>Wisebaden, Germany | Blumbach-Zinngrebe<br>Postfach 6208<br>Wisebaden, Germany | legal fees | Disputed | 214,913.02 |
| Chester Brown and Marcie Brown<br>c/o Sallie Kim, Esq.<br>GCA Law Partnership, LLP<br>1891 Landings Drive<br>Mountain View, CA 94043 | Chester Brown and Marcie Brown<br>c/o Sallie Kim, Esq.<br>GCA Law Partnership, LLP<br>Mountain View, CA 94043 | claim for breach of assignment, judgment to be appealed. | Disputed | 10,028,429.00 |
| Cupertino City Center Bldgs.<br>c/o Prometheus Real Estate Group<br>20400 Stevens Creek Blvd.<br>Suite 130<br>Cupertino, CA 95014 | Cupertino City Center Bldgs.<br>c/o Prometheus Real Estate Group<br>20400 Stevens Creek Blvd.<br>Cupertino, CA 95014 | rent claim | | 804,689.00<br><br>value of security unknown |
| Estate of James V. Kirkendall<br>c/o Todd Kirkendall<br>2115 Homet Rd.<br>San Marino, CA 91108 | Estate of James V. Kirkendall<br>c/o Todd Kirkendall<br>2115 Homet Rd.<br>San Marino, CA 91108 | Funder entitled to revenue share | Disputed | 455,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Technology Properties Limited LLC** Case No. **13-51589**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Farella, Braun, Martel LLP<br>Russ Building<br>235 Montgomery St., 17th Floor<br>San Francisco, CA 94104 | Farella, Braun, Martel LLP<br>Russ Building<br>235 Montgomery St., 17th Floor<br>San Francisco, CA 94104 | legal fees | | 572,701.09 |
| General Electric Capital Corp.<br>PO Box 35701<br>Billings, MT 59107 | General Electric Capital Corp.<br>PO Box 35701<br>Billings, MT 59107 | Financing Statement filed 1/5/10;<br><br>Five year lease of copy machines commencing 1/22/10 | | 114,981.00 |
| Jet Direct Aviation, LLC<br>P.O. Box 70874<br>Philadelphia, PA 19176 | Jet Direct Aviation, LLC<br>P.O. Box 70874<br>Philadelphia, PA 19176 | Trade debt | Disputed | 76,007.89 |
| Nixon Peabody LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 500<br>Palo Alto, CA 94306-2106 | Nixon Peabody LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 500<br>Palo Alto, CA 94306-2106 | legal fees | Disputed | 158,747.91 |
| Patriot Scientific Corp.<br>10989 Via Frontera<br>San Diego, CA 92122 | Patriot Scientific Corp.<br>10989 Via Frontera<br>San Diego, CA 92122 | Balance due on Settlement | | 1,042,500.00 |
| Phil Marcoux<br>as Shdr Rep for ChipScale Shdrs<br>335 Chatham Way<br>Mountain View, CA 94040 | Phil Marcoux<br>as Shdr Rep for ChipScale Shdrs<br>335 Chatham Way<br>Mountain View, CA 94040 | settlement of litigaton | | 425,000.00 |
| Ropers Majeski Kohn Bentley<br>50 W. San Fernando St., Suite 1400<br>San Jose, CA 95113 | Ropers Majeski Kohn Bentley<br>50 W. San Fernando St., Suite 1400<br>San Jose, CA 95113 | legal fees | | 88,457.72 |
| Shore Chan Bragalone DePumpo LLP<br>901 Main St., Suite 3300<br>Dallas, TX 75202 | Shore Chan Bragalone DePumpo LLP<br>901 Main St., Suite 3300<br>Dallas, TX 75202 | legal fees | | 99,278.00 |
| Tani & Abe<br>No. 6-20<br>Akasaka 2 Chrome<br>Tokyo, Japan | Tani & Abe<br>No. 6-20<br>Akasaka 2 Chrome<br>Tokyo, Japan | legal fees | | 83,968.07 |
| Todd Kirkendall<br>2115 Homet Rd.<br>San Marino, CA 91108 | Todd Kirkendall<br>2115 Homet Rd.<br>San Marino, CA 91108 | Funder entitled to revenue share | Disputed | 228,844.00 |

In re **Technology Properties Limited LLC**     Case No. **13-51589**
                 Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Townsend & Townsend & Crew LLP<br>Two Embarcadero Center<br>8th Floor<br>San Francisco, CA 94111 | Townsend & Townsend & Crew LLP<br>Two Embarcadero Center<br>8th Floor<br>San Francisco, CA 94111 | legal fees | Disputed | 1,450,934.43 |
| Zlatan Ribic, Ph.D.<br>Altmansdorferstrasse 154-156<br>1230 Wien/Vienna<br>Austria | Zlatan Ribic, Ph.D.<br>Altmansdorferstrasse 154-156<br>1230 Wien/Vienna | consulting fees | | 329,640.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **March 20, 2013**      Signature /s/ **Daniel E. Leckrone**
                                                      **Daniel E. Leckrone**
                                                      **Manager**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.