COOLEY LLP
ROBERT L. EISENBACH III (124896)
KYLE D. CHEN (239501)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: reisenbach@cooley.com and kyle.chen@cooley.com

Attorneys for
HTC CORPORATION and
HTC AMERICA, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TECHNOLOGY PROPERTIES LIMITED, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 13-51589 (SLJ)<br><br>RS No. RGH-006<br><br>**RESPONSE OF HTC CORPORATION AND HTC AMERICA, INC. TO MOTION FOR RELIEF FROM STAY BY DEBTOR FOR CAUSE (11 U.S.C. § 362(D)(1))**<br><br>Date: April 11, 2013<br>Time: 10:00 a.m.<br>Place: Courtroom 3099<br>280 South First Street<br>San Jose, CA 95113<br>Judge: Stephen L. Johnson |

HTC CORPORATION and HTC AMERICA, INC. (collectively, "HTC") file this Response to the motion of Technology Properties Limited, LLC (the "Debtor") titled Motion for Relief from Stay by Debtor for Cause (the "Motion") (Docket No. 22).

HTC does not oppose lifting the automatic stay as long as any relief from stay granted clearly permits HTC to pursue all of its claims, causes of action, and defenses in the underlying patent litigation identified in the Motion, *i.e.*, *HTC Corp. et al. v. TPL et al.*, Case No. 5:08-cv-882 in the U.S. District Court for the Northern District of California ("Patent Case"), including

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1313034 v3/SF

1.

RESPONSE TO RELIEF FROM STAY MOTION
CASE NO. 13-51589 (SLJ)
RS NO. RGH-006

Case: 13-51589 Doc# 47 Filed: 04/08/13 Entered: 04/08/13 15:26:55 Page 1 of 2

without limitation (1) all pre-judgment and post-judgment motions for, among other relief, attorney's fees and costs against the Debtor pursuant to 35 U.S.C. § 285 or otherwise, and (2) all claims, causes of action, and defenses asserting the invalidity of the patents-in-suit or any other claims or defenses.

HTC respectfully disagrees with the Debtor's self-serving assessment of the Patent Case. While HTC does not oppose lifting the stay as long as all of HTC's claims, causes of action, and defenses can proceed, all evidence available to date indicates that the Debtor's claims have no merit, and its chance of prevailing and securing any relief is minimal, if at all. HTC notes that the Debtor, after years of litigation, has never secured any favorable judgment whatsoever in connection with the patent portfolio in question. In fact, the only final judgment ever rendered in connection with this patent portfolio is a judgment of non-infringement of a patent-in-suit in *TPL et al. v. Matsushita et al.*, Case No. 2:05-cv-494, in the U.S. District Court for the Eastern District of Texas, which was summarily affirmed on appeal by the U.S. Court of Appeals for the Federal Circuit.

HTC believes the claim construction order the U.S. District Court for the Northern District of California issued on June 12, 2012 in the Patent Case was so unfavorable to the Debtor that it had no choice but to file the action before the International Trade Commission (Investigation No. 337-TA-853) to seek to relitigate the same issues. HTC believes that, if the stay is lifted and if the Patent Case proceeds to judgment, the much more likely outcome will be that all asserted claims in the patents-in-suit are invalidated or non-infringed, and that the Debtor will be required to pay HTC reasonable attorney's fees under 35 U.S.C. § 285 for pursuing its unmeritorious claims against HTC.

Dated: April 8, 2013              COOLEY LLP


By: /s/ Robert L. Eisenbach III
        Robert L. Eisenbach III

Attorneys for
HTC CORPORATION and HTC AMERICA, INC.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1313034 v3/SF

2.

RESPONSE TO RELIEF FROM STAY MOTION
CASE NO. 13-51589 (SLJ)
RS NO. RGH-006

Case: 13-51589   Doc# 47   Filed: 04/08/13   Entered: 04/08/13 15:26:55   Page 2 of 2