1

2  Heinz Binder (SBN 87908)
   Robert G. Harris (SBN 124678)
3  Wendy W. Smith (SBN 133887))
   BINDER & MALTER, LLP
4  2775 Park Avenue
   Santa Clara, CA 95050
5  Tel: (408) 295-1700
   Fax: (408) 295-1531
6  Email: Heinz@bindermalter.com
   Email: Rob@bindermalter.com
7  Email: Wendy@bindermalter.com

8

9  Attorneys for Debtor and Debtor-in-Possession
   TECHNOLOGY PROPERTIES LIMITED LLC

10

11                 **UNITED STATES BANKRUPTCY COURT**

12                 **NORTHERN DISTRICT OF CALIFONRIA**

13                        **SAN JOSE DIVISION**

14

15  In re:                                    Case No.: 13- 51589SLJ

16  TECHNOLOGY PROPERTIES LIMITED,            Chapter 11
    LLC, a California limited liability company,
17                                            Date:  April __, 2013
                           Debtor.            Time:
18                                            Place: Courtroom 3099
                                                     280 South First Street
19                                                   San Jose, California

20

21

22           **EX PARTE APPLICATION FOR ORDER SHORTENING TIME**
             **TO SET PRELIMINARY HEARING ON MOTION TO APPROVE**
23              **USE OF CASH COLLATERAL (FRBP 4001(b))**

24  TO THE HONORABLE STEPHEN L. JOHNSON:

25      Debtor and debtor in possession Technology Properties Limited, LLC ("TPL") hereby

26  applies to the Court for an order shortening the time for hearing on its Motion to Approve Use of

27

28

EX PARTE APPLICATION FOR ORDER SHORTENING TIME                              Page 1

Cash Collateral (FRBP 4001(b)), setting the matter for a preliminary hearing on the morning of April 18, 2013, or as soon thereafter in the following week as the matter might be heard. The parties with an interest in cash collateral and the Official Unsecured Creditors' Committee consent to the shortening of time and setting of the preliminary hearing as requested.

TPL respectfully represents as follows in support of this Ex Parte Application:

1. TPL commenced this case by filing a voluntary Chapter 11 petition on March 20, 2013. TPL is an operating business located in San Jose California. TPL will shortly receive cash against which its secured creditors have liens.

2. TPL has three secured creditors: Cupertino City Center Buildings, a California Limited Partnership ("CCC"); Swamy Venkidu as Shareholder Agent for a group of shareholders ("Mr. Venkidu"); and Daniel E. Leckrone.

3. TPL requires permission to use cash collateral to be used in the ordinary course for operations of the business and to pay adequate protection to CCC and Mr. Venkidu.

4. Cash collateral is to be used to pay operating expenses in the ordinary course so long as adequate protection payments are made and would have essentially unlimited duration. The interim amount requested for 15 days, pending a final hearing on the Motion, is $298,000.

5. TPL proposes to pay Mr. Venkidu a percentage of the proceeds of licenses and litigation recoveries from its collateral when received; that percentage is under negotiation and will be set by the time of final hearing. Debtor proposes to pay CCC monthly payments of $50,000 pursuant to the terms of its pre-petition Settlement Agreement with TPL. Daniel E. Leckrone will receive no adequate protection payments under the Motion. All three secured creditors are to receive a replacement

lien on collateral with a back-up super-priority claim to the extent that adequate

protection proves inadequate.

6. TPL is an operating business. It has immediate cash needs that are detailed in the

    TPL Projections. Specifically, TPL has or expects owe expenses totaling $298,000

    from the date of filing of the Motion through the date of a final hearing (assuming it

    is within 15 days), approval of which is the minimum necessary to avoid irreparable

    harm. TPL seeks approval to use varying sums in the weeks following a final hearing

    ranging between $5,000 and $292,000.

7. Without approval to use cash, TPL will cease operating and the estate will suffer

    irreparable harm. Ongoing licensing operations will cease. Patent program

    deployments and commercialization will grind to a halt. Litigation support will cease

    as Alliacense, TPL's vendor for such services, shuts down due to inability to make

    payroll. TPL's many lawsuits will go unprosecuted, patent infringers will continue

    and multiply, and the estate's assets will be vastly diminished and degraded to the

    point that even administrative solvency will become an issue.

WHEREFORE, TPL respectfully requests that this Court set a preliminary hearing on the

Motion to consider approval to use cash collateral on the morning of April 18, 2013, or as soon

thereafter in the following week as the matter might be heard and to set a final hearing thereon.

Dated: April 15, 2013                          BINDER & MALTER, LLP


                                               By: /s/ Robert G. Harris_____
                                                    Robert G. Harris

                                               Attorneys for Attorneys for Debtor and Debtor-in-
                                               Possession TECHNOLOGY PROPERTIES
                                               LIMITED LLC

1

2    **<u>CONSENT TO SHORTENED TIME IS STIPULATED</u>**:

3    ELLAHIE & FAROOQUI, LLP

4

5    By:_____/s/_____
              Jahved Ellahie

6

7    Attorneys for Swamy Venkidu as Shareholder Agent for a group of shareholders

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28