Heinz Binder (SBN 87908)
Robert G. Harris (SBN 124678)
Wendy W. Smith (SBN 133887))
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531
Email: Heinz@bindermalter.com
Email: Rob@bindermalter.com
Email: Wendy@bindermalter.com


Attorneys for Debtor and Debtor-in-Possession
TECHNOLOGY PROPERTIES LIMITED LLC

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFONRIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>TECHNOLOGY PROPERTIES LIMITED,<br>LLC, a California limited liability company,<br><br><div align="right">Debtor.</div> | Case No.: 13- 51589SLJ<br><br>Chapter 11<br><br>Date:  April __, 2013<br>Time:<br>Place: Courtroom 3099<br>            280 South First Street<br>            San Jose, California |

### DECLARATION OF COUNSEL IN SUPPORT OF STIPULATED EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO SET PRELIMINARY HEARING ON MOTION TO APPROVE USE OF CASH COLLATERAL (FRBP 4001(b))

I, Robert G. Harris, know the following matters to be true of my own, personal

knowledge and, if called as a witness, could and would testify competently thereto:

DECLARATION OF COUNSEL

1.      I am a member of the State Bar of California in good standing and am admitted to practice before this Court.  I am counsel for debtor and debtor-in-possession Technology Properties Limited LLC ("TPL").  I am submitting this declaration in support of the above-referenced application for shortened time.

2.       I declare as follows as required by BLR 9006-1(c):

a.      <u>Reason for Particular Shortening of Time Requested</u>.

TPL requires permission to use cash collateral since, on or shortly after April 15, 2013, there will for the first time be cash collateral in the estate.  Bankruptcy Code section 363(c (3) states that a preliminary hearing on the use of cash collateral " . . . shall  be scheduled in accordance with the needs of the debtor . . . ."  It is not clear whether this Court requires an application for order shortened time to set a first, preliminary hearing on cash collateral use, but it has been requested in an abundance of caution.

TPL owes its employees the balance of the first payroll and would plan to pay those sums after a hearing on its cash collateral motion, assuming approval; that payment would be moved to the following week were the hearing to occur after April 18, 2013.  April 22, 2013 is the date by which the amount of that week's full payroll must be reported to the payroll processor.  April 24, 2013, is the date by which payroll would have to be funded.

b.      <u>Previous Time Modifications Related to the Subject of the Request</u>.

No request for shortened time has been made with respect to cash collateral.

c.      <u>The Effect of the Requested Time Modification on the Schedule</u>
        <u>For the Case.</u>

The main Chapter 11 case's schedule is not materially impacted by the filing, though it will preserve the estate to allow payment of matters of immediate need.

///

Case: 13-51589    Doc# 58-1    Filed: 04/15/13    Entered: 04/15/13 17:35:09    Page 2 of
3

d.    <u>Stipulation</u>.

Counsel for Mr. Venkadu has consented in writing to shortened time by signing off on TPL's ex parte application.

Counsel for the Official Unsecured Creditors' Committee advised by email that the Committee consents to shortened time " . . . on the condition that the hearing is set at a time when . . . [its counsel is] available." Counsel is available the week of April 15-22 " . . . except Wednesday afternoon and Friday morning."

I spoke to attorney Christopher Hart on April 15, 2013.  Mr. Hart is available on April 15, April 16, April 17, and the morning of April 18, 2013.

The best time for a hearing would therefore appear to be the morning of April 18, 2013, or the following week on April 22, 2013.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.  Executed this 15th day of April, 2013, at Santa Clara, California.


      /s/    ROBERT G. HARRIS
             ROBERT G. HARRIS

Case: 13-51589    Doc# 58-1    Filed: 04/15/13    Entered: 04/15/13 17:35:09    Page 3 of 3