UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Technology Properties Limited LLC

Case No. 13-51589

CHAPTER 11
MONTHLY OPERATING REPORT
(GENERAL BUSINESS CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: Jun-13  PETITION DATE: 03/20/13

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $4,494,658 | $2,384,153 | |
| | b. Total Assets | $4,536,907 | $2,426,402 | $4,472,717 |
| | c. Current Liabilities | $597,012 | $312,139 | |
| | d. Total Liabilities | $70,366,934 | $70,082,061 | $69,769,922 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $3,699,950 | $9,421 | $4,457,771 |
| | b. Total Disbursements | $2,164,562 | $304,123 | $2,867,005 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $1,535,388 | ($294,702) | $1,590,766 |
| | d. Cash Balance Beginning of Month | $179,151 | $473,853 | $123,773 |
| | e. Cash Balance End of Month (c + d) | $1,714,539 | $179,151 | $1,714,539 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | Profit/(Loss) from the Statement of Operations | $1,166,227 | ($496,231) | $47,822 |
| 5. | Account Receivables (Pre and Post Petition) | $2,650,651 | $2,061,208 | |
| 6. | Post-Petition Liabilities | $597,012 | $312,139 | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $9,040 | $45,515 | |

At the end of this reporting month:   Yes   No

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)    No
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)   Yes
10. If the answer is yes to 8 or 9, were all such payments approved by the court?   Yes
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)   Yes
12. Is the estate insured for replacement cost of assets and for general liability?   Yes
13. Are a plan and disclosure statement on file?    No
14. Was there any post-petition borrowing during this reporting period?    No

15. Check if paid: Post-petition taxes  Y ;  U.S. Trustee Quarterly Fees  Y  ; Check if filing is current for: Post-petition tax reporting and tax returns:  Y .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 6/20/2013 0:00

/s/ Daniel E. Leckrone
Responsible Individual

Revised 1/1/98

# STATEMENT OF OPERATIONS
## (General Business Case)
For the Month Ended _____06/30/13_____

| Current Month | | | | | Cumulative | Next Month |
| Actual | Forecast | Variance | | | (Case to Date) | Forecast |
|---|---|---|---|---|---|---|
| | | | | **Revenues:** | | |
| $3,699,950 | $3,550,000 | $149,950 | 1 | Gross Sales | $3,855,263 | $50,000 |
| | | $0 | 2 | less: Sales Returns & Allowances | $0 | |
| $3,699,950 | $3,550,000 | $149,950 | 3 | Net Sales | $3,855,263 | $50,000 |
| | | $0 | 4 | less: Cost of Goods Sold (Schedule 'B') | $0 | |
| $3,699,950 | $3,550,000 | $149,950 | 5 | Gross Profit | $3,855,263 | $50,000 |
| | | $0 | 6 | Interest | $0 | |
| $78,333 | $78,333 | $0 | 7 | Other Income: Current portion of prepaid royalty | $234,999 | $78,333 |
| $0 | $0 | $0 | 8 | Vendor Refund | $2,708 | |
| ($1,969,167) | ($1,793,000) | ($176,167) | 9 | Less: Cost of Revenue | ($2,012,368) | ($200,637) |
| $1,809,116 | $1,835,333 | ($26,217) | 10 | **Total Revenues** | $2,080,603 | ($72,304) |
| | | | | **Expenses:** | | |
| $77,404 | $72,469 | ($4,935) | 11 | Compensation to Owner(s)/Officer(s) | $263,174 | $77,469 |
| $88,675 | 92,694 | $4,019 | 12 | Salaries | $357,535 | 88,694 |
| | | $0 | 13 | Commissions | $0 | |
| | | $0 | 14 | Contract Labor | $0 | |
| | | | | Rent/Lease: | | |
| | $8,000 | $8,000 | 15 | Personal Property | $0 | $8,000 |
| $8,986 | $9,000 | $14 | 16 | Real Property | $26,957 | $9,000 |
| $5,493 | $8,000 | $2,507 | 17 | Insurance | $31,559 | $8,000 |
| | | $0 | 18 | Management Fees | $0 | |
| | | $0 | 19 | Depreciation | $0 | |
| | | | | Taxes: | | |
| $8,164 | $9,000 | $836 | 20 | Employer Payroll Taxes (Paid to TriNet) | $32,612 | $9,000 |
| | | $0 | 21 | Real Property Taxes | $0 | |
| $11,790 | $12,000 | $210 | 22 | Other Taxes | $12,590 | $0 |
| $1,129 | $4,000 | $2,871 | 23 | Other Selling | $3,967 | $4,000 |
| $13,470 | $25,000 | $11,530 | 24 | Other Administrative | $29,928 | $20,000 |
| $710 | | ($710) | 25 | Interest | $2,391 | |
| | $2,000 | $2,000 | 26 | Other Expenses: Miscellaneous SG&A | $0 | $2,000 |
| $2,079 | $3,000 | $921 | 27 | TriNet Payroll Fees | $7,082 | $3,000 |
| $2,567 | $3,000 | $433 | 28 | Workers Comp Insurance (Paid to TriNet) | $9,605 | $3,000 |
| $13,831 | $21,000 | $7,169 | 29 | Employer Paid Benefits (Paid to TriNet) | $52,954 | $14,000 |
| | | | 30 | | $0 | |
| $8,593 | $1,000 | ($7,593) | 31 | Patent Prosec./Maintenance | $226,779 | $44,384 |
| | $20,000 | $20,000 | 32 | Other Professional Fees | $0 | $20,000 |
| $50,000 | $50,000 | $0 | 33 | CCC Adequate Protection | $100,000 | $50,000 |
| $150,000 | $150,000 | $0 | 34 | Venkadu Adequate Protection | $150,000 | $75,000 |
| $442,889 | $490,163 | $47,273 | 35 | **Total Expenses** | $1,307,134 | $435,547 |
| $1,366,227 | $1,345,170 | $21,056 | 36 | **Subtotal** | $773,469 | ($507,850) |
| | | | | **Reorganization Items:** | | |
| ($200,000) | ($225,000) | ($25,000) | 37 | Professional Fees | ($724,997) | ($225,000) |
| | | $0 | 38 | Provisions for Rejected Executory Contracts | | |
| | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | | |
| $0 | | $0 | 41 | U.S. Trustee Quarterly Fees | ($650) | $9,750 |
| | | $0 | 42 | | | |
| ($200,000) FN1 | ($225,000) | $25,000 | 43 | **Total Reorganization Items** | ($725,647) | ($215,250) |
| $1,166,227 | $1,120,170 | $46,056 | 44 | **Net Profit (Loss) Before Federal & State Taxes** | $47,822 | ($723,100) |
| | | $0 | 45 | Federal & State Income Taxes | | |
| $1,166,227 | $1,120,170 | $46,056 | 46 | **Net Profit (Loss)** | $47,822 | ($723,100) |

Foot Note 1: Professional fees accrued are an estimate, since we do not have the actual invoices.
Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
**For the Month Ended** 06/30/13

**Assets**

| | | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $1,714,539 |
| 2 | Cash and cash equivalents - restricted | | $90,000 |
| 3 | Accounts receivable (net)  * See Footnote | A | $2,650,651 |
| 4 | Inventory | B | $25,000 |
| 5 | Prepaid expenses | | $14,468 |
| 6 | Professional retainers | | $0 |
| 7 | Other: | | |
| 8 | | | |
| 9 | **Total Current Assets** | | $4,494,658 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | $0 |
| 11 | Machinery and equipment | D | $3,000 |
| 12 | Furniture and fixtures | D | $864 |
| 13 | Office equipment | D | $15,636 |
| 14 | Leasehold improvements | D | $0 |
| 15 | Vehicles | D | $22,749 |
| 16 | Other: | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $42,249 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | |
| 23 | Loans to affiliates | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $0 |
| 29 | **Total Assets** | | $4,536,907 |

*NOTE:* A portion of the PDS receivable listed may be uncollectable.  The uncollectable value has not been estimated. Familiarity with comparable market used to estimate the market value of assets at time of petition.

Revised 1/1/98

# Liabilities and Equity
**(General Business Case)**

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| # | | | | |
|---|---|---|---|---|
| 30 | Salaries and wages | | | $7,570 |
| 31 | Payroll taxes | | | |
| 32 | Real and personal property taxes | | | $0 |
| 33 | Income taxes | | | $0 |
| 34 | Sales taxes | | | $0 |
| 35 | Notes payable (short term) | | | $0 |
| 36 | Accounts payable (trade) | A | | $589,443 |
| 37 | Real property lease arrearage | | | $0 |
| 38 | Personal property lease arrearage | | | $0 |
| 39 | Accrued professional fees | | | |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | | $0 |
| 41 | Other: | | | |
| 42 | | | | |
| 43 | | | | |
| 44 | **Total Current Liabilities** | | | $597,012 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | | $0 |
| 46 | **Total Post-Petition Liabilities** | | | $597,012 |

**Pre-Petition Liabilities (allowed amount TBD)  *Not Necessarily Allowed listed**

| # | | | | |
|---|---|---|---|---|
| 47 | Secured claims | F | TBD | $10,728,180 |
| 48 | Priority unsecured claims | F | TBD | $9,026,825 |
| 49 | General unsecured claims | F | TBD | $50,014,917 |
| 50 | **Total Pre-Petition Liabilities** | | TBD | $69,769,922 |
| 51 | **Total Liabilities** | | TBD | $70,366,934 |

**Equity (Deficit)**

| # | | |
|---|---|---|
| 52 | Retained Earnings/(Deficit) at time of filing | |
| 53 | Capital Stock | |
| 54 | Additional paid-in capital | |
| 55 | Cumulative profit/(loss) since filing of case | |
| 56 | Post-petition contributions/(distributions) or (draws) | |
| 57 | | |
| 58 | Market value adjustment | |
| 59 | **Total Equity (Deficit)** | ($65,830,027) |
| 60 | **Total Liabilities and Equity (Deficit)** | $4,536,907 |

NOTES:  1) Cash includes payroll transaction in progress on 4/30 that came out of the account on 5/1.
   47 - 51)  Allowed amounts have not yet been determined.  Listed Pre-petition full amounts.

# SCHEDULES TO THE BALANCE SHEET
## (General Business Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | 589,443 | 589,443 | |
| 31-60 Days | $0 | | |
| 61-90 Days | $0 | | $9,040 |
| 91+ Days | 2,375,176 | | |
| Total accounts receivable/payable | $2,964,619 | $589,443 FN2 | |
| Allowance for doubtful accounts | 313,968 | | |
| Accounts receivable (net) | $2,650,651 | | |

NOTEs: FN 1, A portion of the PDS receivable listed may be uncollectable. The uncollecable value has not been estimated.

FN 2 Payable withheld for Lit Support & Patent Maintenance because Cash Collateral Budget Appoved by Court does not accommodate payment
   Payable to Legal Firm for Contingency on portion of June Revenue & Exp. Set aside pymt for our Reorg Attorney's per agreement for June

### Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | Cost of Goods Sold | |
|---|---|---|---|
| | | Inventory Beginning of Month | |
| | | Add - | |
| Retail/Restaurants - | | Net purchase | |
|   Product for resale | | Direct labor | |
| | | Manufacturing overhead | |
| Distribution - | | Freight in | |
|   Products for resale | | Other: | |
| | | Misc Expense | |
| Manufacturer - | | | |
|   Raw Materials | | | |
|   Work-in-progress | | Less - | |
|   Finished goods | $25,000 | Inventory End of Month | |
| | | Shrinkage | |
| Other - Explain | | Personal Use | |
| | | | |
| | | Cost of Goods Sold | $0 |
| TOTAL | $25,000 | | |

**Method of Inventory Control**
Do you have a functioning perpetual inventory system?
      Yes ____    No __x__
How often do you take a complete physical inventory?

Weekly ____
Monthly ____
Quarterly ____
Semi-annually ____
Annually ____

Date of last physical inventory was    None

Date of next physical inventory is

**Inventory Valuation Methods**
Indicate by a checkmark method of inventory used.

Valuation methods -
   FIFO cost ____
   LIFO cost ____
   Lower of cost or market ____
   Retail method ____
   Other ____
     Explain

NOTE: We have on hand dated pre-production chips and legacy chips
No formal valuation

## Schedule C
## Real Property

| Description | Cost | Market Value |
|---|---|---|
| None | $0 | $0 |
| Total | $0 | $0 |

## Schedule D
## Other Depreciable Assets

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | unavailable | $3,000 |
| Total | $0 | $3,000 |
| Furniture & Fixtures - | $4,268 | $864 |
| Total | $4,268 | $864 |
| Office Equipment - | $192,406 | $15,636 |
| Total | $192,406 | $15,636 |
| Leasehold Improvements - | 0 | |
| Total | $0 | $0 |
| Vehicles - | | |
| BMW 750LI (2008) | $73,402 | $22,749 |
| Total | $73,402 | $22,749 |

Revised 1/1/98

## Schedule E
## Aging of Post-Petition Taxes
### (As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | $0 | | | | $0 |
| FICA - Employee | $0 | | | | $0 |
| FICA - Employer | $0 | | | | $0 |
| Unemployment (FUTA) | $0 | | | | $0 |
| Income | $0 | | | | $0 |
| Other (Attach List) | $0 | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | $0 | | | | $0 |
| Unemployment (UT) | $0 | | | | $0 |
| Disability Insurance (DI) | $0 | | | | $0 |
| Empl. Training Tax (ETT) | $0 | | | | $0 |
| Sales | $0 | | | | $0 |
| Excise | $0 | | | | $0 |
| Real property | $0 | | | | $0 |
| Personal property | $0 | | | | $0 |
| Income | $0 | | | | $0 |
| Other (Attach List) | $0 | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

## Schedule F
## Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | $10,728,180 | TBD |
| Priority claims other than taxes | $9,026,825 | TBD |
| Priority tax claims | $0 | TBD |
| General unsecured claims | $50,014,917 | TBD |

(a) List total amount of claims even it under secured.
(b) Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
## Rental Income Information
### Not applicable to General Business Cases

## Schedule H
## Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 | Account 5 |
|---|---|---|---|---|---|
| Bank | | M&T Bank | M&T Bank | M&T Bank | M&T Bank |
| Account Type | | Checking | Checking | Checking | Checking |
| Account No. | | xxxxxx8039 | xxxxxx8062 | xxxxxx8070 | xxxxxx8088 |
| Account Purpose | | General DIP | DIP | DIP | DIP |
| Balance, End of Month | $0 | 153,921.06 | 35,419.64 | 1,025,624.49 | 500,115.80 |

NOTE: A withdrawal of $103,408.69 from Account 8062 for budgeted expenses was initiated on 4/30, and so has been removed from the balance for this account.

Total Funds on Hand for all Accounts   $1,715,081

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 06/30/13

| # | | Actual June Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | $0 |
| 2 | Cash Received from Sales | $3,699,950 | $3,855,264 |
| 3 | Interest Received | | $0 |
| 4 | Borrowings | | $0 |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | $0 |
| 6 | Capital Contributions | | $0 |
| 7 | Vendor refunds | | $4,699 |
| 8 | PDS Distribution | | $597,809 |
| 9 | | | $0 |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $3,699,950 | $4,457,771 |
| | **Cash Disbursements** | | |
| 13 | Payments for Inventory | | $0 |
| 14 | Selling (Direct Litigation Expenses) | $1,373,401 | $1,373,401 |
| 15 | Administrative | $6,975 | $27,365 |
| 16 | Capital Expenditures | | $0 |
| 17 | Principal Payments on Debt | | $0 |
| 18 | Interest Paid | | $0 |
| | Rent/Lease: | | |
| 19 |     Personal Property | $2,946 | $5,820 |
| 20 |     Real Property | $9,021 | $26,992 |
| | Amount Paid to Owner(s)/Officer(s) | | $0 |
| 21 |     Salaries | $45,761 | $142,422 |
| 22 |     Draws | | $0 |
| 23 |     Commissions/Royalties | | $0 |
| 24 |     Expense Reimbursements | | $2,010 |
| 25 |     Other | | $0 |
| 26 | Salaries/Commissions (less employee withholding) | $63,596 | $259,298 |
| 27 | Management Fees | | $0 |
| | Taxes: | | |
| 28 |     Employee Withholding *See Footnote | $46,045 FN1 | $172,890 |
| 29 |     Employer Payroll Taxes *See Footnote | $8,164 FN1 | $32,612 |
| 30 |     Real Property Taxes | | $0 |
| 31 |     Other Taxes | $11,790 | $12,590 |
| 32 | Other Cash Outflows: | | $0 |
| 33 |     Insurance | $15,784 | $41,850 |
| 34 |     Patent Prosec. & Maint./Lit Support | $227,125 FN2 | $227,755 |
| 35 |     Employee/Employer Health Benefits (Paid to TriNet) | $19,757 FN1 | $71,292 |
| 35b |     Worker Comp and TriNet Fees Paid to TriNet) | $4,647 FN1 | $16,845 |
| 36 |     401K payments to Fidelity | $4,550 FN1 | $28,212 |
| 37 |     Creditor's Committee/ U.S Trustee Fee | $125,000 | $175,650 |
| 37b |     Adequate Protection | $200,000 | $250,000 |
| 38 | **Total Cash Disbursements:** | $2,164,562 | $2,867,005 |
| 39 | **Net Increase (Decrease) in Cash** | $1,535,388 | $1,590,766 |
| 40 | **Cash Balance, Beginning of Period** | $179,151 | $123,773 |
| 41 | **Cash Balance, End of Period** | $1,714,539 | $1,714,539 |

Footnote 1: Employee withholdings (except 401K), employer taxes, workers comp, and health benefits are all paid directly to TriNet prior to the Payrol
401K Withholdings paid directly to Fidelity through a deduction from TPL's Bank account.

Revised 1/1/98

# Technology Properties Limited LLC

MOR Attachment  June 30, 2013

Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

**Item number**

| | |
|---|---|
| 1 | Revenue higher than projected. |
| 9 | Higher cost of revenue due to US International Trade Commission Trial Costs and Inter Parties Review (New Procedure) with USPTO. |
| 15 | We are negotiating with a lease obligation to reduce the amount of the contract.  Payment temporarily withheld |
| 23, 24 | Incurred less in Sellling and administrative expenses than originally expected. |
| 29 | Incurred less in Employee Paid Benefits expenses less than originally expected. |
| 31 | Patent Prosec/Maint, greater USPTO communications requiring responses. |

# M&T Bank

FOR INQUIRIES CALL: MIDDLE MARKET NEW LOANS
(302) 651-1581

TECHNOLOGY PROPERTIES LTD LLC
DEBTOR IN POSSESSION
DANIEL E LECKRONE, TRUSTEE
20883 STEVENS CREEK BLVD
SUITE 100
CUPERTINO CA 95014

| ACCOUNT TYPE |
|---|
| COMMERCIAL CHECKING |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| 8039 | 6/01/13 - 6/30/13 |

| | |
|---|---|
| BEGINNING BALANCE | $9,113.44 |
| DEPOSITS & CREDITS | 338,362.29 |
| LESS CHECKS & DEBITS | 192,519.61 |
| LESS SERVICE CHARGES | 1,035.06 |
| ENDING BALANCE | $153,921.06 |

## ACCOUNT ACTIVITY

| DATE | TRANSACTION DESCRIPTION | DEPOSITS & CREDITS | CHECKS & DEBITS | BALANCE |
|---|---|---|---|---|
| 6/01 | BEGINNING BALANCE | | | $9,113.44 |
| 6/06 | FIDELITY FPRS | | $3,812.84 | 5,300.60 |
| 6/10 | SERVICE CHARGE FOR ACCOUNT 8039 | | 1,035.06 | 4,265.54 |
| 6/11 | BOOK TRANSFER CREDIT | $27,972.80 | | |
| 6/11 | OUTGOING FEDWIRE FUNDS TRANSFER TRINET | | 27,972.80 | 4,265.54 |
| 6/20 | FIDELITY FPRS | | 736.67 | 3,528.87 |
| 6/21 | AUTOMATED BK XFER FR 8070 | 57,791.11 | | |
| 6/21 | OUTGOING FEDWIRE FUNDS TRANSFER TRINET | | 57,791.11 | 3,528.87 |
| 6/25 | AUTOMATED BK XFER FR 8070 | 102,598.38 | | |
| 6/25 | OUTGOING FEDWIRE FUNDS TRANSFER TRINET | | 81,798.38 | 24,328.87 |
| 6/26 | OUTGOING FX WIRE TRANSFER AUTO NON REP | | 20,407.81 | 3,921.06 |
| 6/28 | INCOMING FEDWIRE FUNDS TRANSFER JOSEPH FJELSTAD | 150,000.00 | | 153,921.06 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 4 | 0 | |

# M&T Bank

FOR INQUIRIES CALL: MIDDLE MARKET NEW LOANS
(302) 651-1581

| ACCOUNT TYPE |
|---|
| COMMERCIAL CHECKING |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| 8062 | 6/01/13 - 6/30/13 |

TECHNOLOGY PROPERTIES LTD LLC
DEBTOR IN POSSESSION
DANIEL E LECKRONE, TRUSTEE

20883 STEVENS CREEK BLVD
SUITE 100
CUPERTINO CA 95014

| | |
|---|---|
| BEGINNING BALANCE | $165,447.01 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 130,027.37 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $35,419.64 |

## ACCOUNT ACTIVITY

| DATE | TRANSACTION DESCRIPTION | DEPOSITS & CREDITS | CHECKS & DEBITS | BALANCE |
|---|---|---|---|---|
| 6/01 | BEGINNING BALANCE | | | $165,447.01 |
| 6/04 | CHECK NUMBER 1036 | | $50,000.00 | 115,447.01 |
| 6/05 | CHECK NUMBER 1045 | | 154.23 | 115,292.78 |
| 6/06 | BOOK TRANSFER DEBIT | | 40,000.00 | |
| 6/06 | CHECK NUMBER 1040 | | 32.47 | 75,260.31 |
| 6/07 | CHECK NUMBER 1035 | | 8,985.71 | |
| 6/07 | CHECK NUMBER 1038 | | 136.00 | |
| 6/07 | CHECK NUMBER 1044 | | 320.00 | 65,818.60 |
| 6/10 | CHECK NUMBER 1037 | | 686.62 | |
| 6/10 | CHECK NUMBER 1039 | | 142.96 | |
| 6/10 | CHECK NUMBER 1042 | | 24.97 | 64,964.05 |
| 6/11 | BOOK TRANSFER DEBIT | | 27,972.80 | 36,991.25 |
| 6/13 | CHECK NUMBER 1043 | | 172.05 | 36,819.20 |
| 6/19 | Cloud Services D ArettaACH | | 250.00 | 36,569.20 |
| 6/26 | CHECK NUMBER 1006 | | 852.50 | 35,716.70 |
| 6/27 | CHECK NUMBER 1041 | | 297.06 | 35,419.64 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 12 | |

## CHECKS PAID

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1006 | 6/26 | 852.50 | 1038 | 6/07 | 136.00 | 1042 | 6/10 | 24.97 |
| 1035* | 6/07 | 8,985.71 | 1039 | 6/10 | 142.96 | 1043 | 6/13 | 172.05 |
| 1036 | 6/04 | 50,000.00 | 1040 | 6/06 | 32.47 | 1044 | 6/07 | 320.00 |
| 1037 | 6/10 | 686.62 | 1041 | 6/27 | 297.06 | 1045 | 6/05 | 154.23 |

\* - GAP IN CHECK SEQUENCE
R - CHECK RETURNED

NUMBER OF CHECKS PAID       12
AMOUNT OF CHECKS PAID       $61,804.57

PAGE 1 OF 1

TENTH AND MARKET STREET
1002 NORTH MARKET STREET SUITE E2 WILMINGTON DE 19801

Case: 13-51589    Doc#: 206    Filed: 07/22/13    Entered: 07/22/13 15:28:00    Page 11 of 14



**M&T Bank**

FOR INQUIRIES CALL: MIDDLE MARKET NEW LOANS
(302) 651-1581

| ACCOUNT TYPE |
|---|
| COMMERCIAL CHECKING |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| 8070 | 6/01/13 – 6/30/13 |

TECHNOLOGY PROPERTIES LTD LLC
DEBTOR IN POSSESSION
DANIEL E LECKRONE, TRUSTEE

20883 STEVENS CREEK BLVD
SUITE 100
CUPERTINO CA 95014

| | |
|---|---:|
| BEGINNING BALANCE | $7,293.38 |
| DEPOSITS & CREDITS | 3,049,950.00 |
| LESS CHECKS & DEBITS | 2,031,618.89 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $1,025,624.49 |

## ACCOUNT ACTIVITY

| DATE | TRANSACTION DESCRIPTION | DEPOSITS & CREDITS | CHECKS & DEBITS | BALANCE |
|---|---|---:|---:|---:|
| 6/01 | BEGINNING BALANCE | | | $7,293.38 |
| 6/10 | INCOMING CHIPS FUNDS TRANSFER | $49,950.00 | | |
| | | | | 57,243.38 |
| 6/13 | INCOMING FEDWIRE FUNDS TRANSFER | 3,000,000.00 | | |
| | | | | 3,057,243.38 |
| 6/14 | AUTOMATED BK XFER TO | | $187,172.50 | 2,870,070.88 |
| 6/17 | CHECK NUMBER  8 | | 1,584.96 | 2,868,485.92 |
| 6/18 | CHECK NUMBER  1 | | 63.46 | |
| 6/18 | CHECK NUMBER  2 | | 1,509.06 | 2,866,913.40 |
| 6/19 | CHECK NUMBER  3 | | 568.00 | |
| 6/19 | CHECK NUMBER  6 | | 7,892.15 | 2,858,453.25 |
| 6/20 | OUTGOING FEDWIRE TRANSFER AUTO NON REP | | 716,786.00 | |
| 6/20 | AUTOMATED BK XFER TO | | 55,950.00 | |
| 6/20 | CHECK NUMBER  4 | | 230.53 | |
| 6/20 | CHECK NUMBER  10 | | 129.05 | 2,085,357.67 |
| 6/21 | OUTGOING FEDWIRE TRANSFER AUTO NON REP | | 179,165.00 | |
| 6/21 | OUTGOING FEDWIRE TRANSFER AUTO NON REP Dorsey & Whitney LLP Trust Acct | | 125,000.00 | |
| 6/21 | AUTOMATED BK XFER TO  8039 | | 57,791.11 | |
| 6/21 | AUTOMATED BK XFER TO | | 412,500.00 | 1,310,901.56 |
| 6/24 | OUTGOING FEDWIRE TRANSFER AUTO NON REP Ellahie & Farooqui | | 150,000.00 | |
| 6/24 | CHECK NUMBER  9 | | 259.20 | 1,160,642.36 |
| 6/25 | AUTOMATED BK XFER TO  8039 | | 102,598.38 | |
| 6/25 | CHECK NUMBER  11 | | 1,437.20 | |
| 6/25 | CHECK NUMBER  12 | | 42.37 | |
| 6/25 | CHECK NUMBER  15 | | 11,790.00 | |
| 6/25 | CHECK NUMBER  17 | | 7,892.15 | |
| 6/25 | CHECK NUMBER  19 | | 377.96 | 1,036,504.30 |
| 6/26 | CHECK NUMBER  5 | | 825.00 | |
| 6/26 | CHECK NUMBER  13 | | 860.00 | 1,034,819.30 |

Case: 13-51589   Doc# 206   Filed: 07/22/13   Entered: 07/22/13 15:28:00   Page 12 of 14

TENTH AND MARKET STREET
1007 NORTH MARKET STREET SUITE 12 WILMINGTON, DE 19801



FOR INQUIRIES CALL:  MIDDLE MARKET NEW LOANS
                     (302) 651-1581

| ACCOUNT TYPE |
|---|
| COMMERCIAL CHECKING |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| 8070 | 6/01/13 - 6/30/13 |

TECHNOLOGY PROPERTIES LTD LLC
DEBTOR IN POSSESSION

## ACCOUNT ACTIVITY

| DATE | TRANSACTION DESCRIPTION | DEPOSITS & CREDITS | CHECKS & DEBITS | BALANCE |
|---|---|---|---|---|
| 6/27 | CHECK NUMBER 14 | | 242.01 | |
| 6/27 | CHECK NUMBER 18 | | 8,952.80 | 1,025,624.49 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 2 | 17 | |

## CHECKS PAID

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | 6/18 | 63.46 | 8* | 6/17 | 1,584.96 | 14 | 6/27 | 242.01 |
| 2 | 6/18 | 1,509.06 | 9 | 6/24 | 259.20 | 15 | 6/25 | 11,790.00 |
| 3 | 6/19 | 568.00 | 10 | 6/20 | 129.05 | 17* | 6/25 | 7,892.15 |
| 4 | 6/20 | 230.53 | 11 | 6/25 | 1,437.20 | 18 | 6/27 | 8,952.80 |
| 5 | 6/26 | 825.00 | 12 | 6/25 | 42.37 | 19 | 6/25 | 377.96 |
| 6 | 6/19 | 7,892.15 | 13 | 6/26 | 860.00 | | | |

\* - GAP IN CHECK SEQUENCE
R - CHECK RETURNED

NUMBER OF CHECKS PAID        17
AMOUNT OF CHECKS PAID        $44,655.90

Case: 13-51589   Doc# 206   Filed: 07/22/13   Entered: 07/22/13 15:28:00   Page 13 of 14
TENTH AND MARKET STREET
1007 NORTH MARKET STREET SUITE 12 WILMINGTON, DE 19801



**M&T Bank**

FOR INQUIRIES CALL: MIDDLE MARKET NEW LOANS
(302) 651-1581

| ACCOUNT TYPE |
|---|
| COMMERCIAL CHECKING |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| 8088 | 6/01/13 – 6/30/13 |

TECHNOLOGY PROPERTIES LTD LLC
DEBTOR IN POSSESSION
DANIEL E LECKRONE, TRUSTEE

20883 STEVENS CREEK BLVD
SUITE 100
CUPERTINO CA 95014

| | |
|---|---:|
| BEGINNING BALANCE | $115.80 |
| DEPOSITS & CREDITS | 500,000.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $500,115.80 |

## ACCOUNT ACTIVITY

| DATE | TRANSACTION DESCRIPTION | DEPOSITS & CREDITS | CHECKS & DEBITS | BALANCE |
|---|---|---:|---:|---:|
| 6/01 | BEGINNING BALANCE | | | $115.80 |
| 6/14 | INCOMING CHIPS FUNDS TRANSFER | $500,000.00 | | |
| | | | | 500,115.80 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 1 | 0 | |

PAGE 1 OF 1

TENTH AND MARKET STREET
1007 NORTH MARKET STREET SUITE 12 WILMINGTON, DE 19801