Heinz Binder (SBN 87908)
Robert G. Harris (SBN 124678)
Wendy W. Smith (SBN 133887))
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531
Email: Heinz@bindermalter.com
Email: Rob@bindermalter.com
Email: Wendy@bindermalter.com

The following constitutes
the order of the court. Signed August 2, 2013

*(signature)*
**Stephen L. Johnson
U.S. Bankruptcy Judge**

Attorneys for Debtor and Debtor-in-Possession
TECHNOLOGY PROPERTIES LIMITED LLC

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFONRIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>TECHNOLOGY PROPERTIES LIMITED, LLC, a California limited liability company,<br><br>Debtor. | Case No.: 13- 51589SLJ<br><br>Chapter 11<br><br>NO HEARING REQUESTED |

**ORDER SHORTENING TIME FOR HEARING ON
APPROVAL OF DISCLOSURE STATEMENT**

The Court has considered the Stipulated Ex Parte Application For Order Shortening Time For Hearing On Approval Of Disclosure Statement. There being no objection, and good cause appearing therefore, the Application be and hereby is GRANTED.

IT IS THEREFORE ORDERED that

1. The time for hearing on the DISCLOSURE STATEMENT RE: TPL PLAN OF REORGANIZATION (the "Disclosure Statement") to be filed by debtor and debtor in possession Technology Properties Limited, LLC ("TPL") be and hereby is shortened from 38 days 27.

2. TPL is authorized to file and serve notice of hearing for a September 5, 2013 hearing on August 9, 2013, rather than July 29, 2013.

3. TPL shall file the Disclosure Statement and its reorganization plan not later than August 9, 2013.

4. TPL shall file and serve notice of the September 5 disclosure hearing by First Class U.S. Mail on all creditors and parties in interest not later than August 9, 2013.

5. The deadline for objections to the Disclosure Statement shall be August 29, 2013.

6. The hearing on approval of the Disclosure Statement shall be set for September 5, 2013, at 1:30 p.m.

APPROVED AS TO FORM:

DORSEY & WHITNEY LLP

By: /s/ John Walshe Murray
      John Walshe Murray

Attorneys for the Official Unsecured Creditors' Committee

***** END OF ORDER *****

***COURT SERVICE LIST***

None required.