HEINZ BINDER, #87908
ROBERT G. HARRIS, #124678
WENDY W. SMITH, #133887
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408)295-1700
Facsimile: (408) 295-1531
Email: heinz@bindermalter.com
Email: rob@bindermalter.com
Email: wendy@bindermalter.com

Attorneys for Debtor and Debtor In
Possession Technology Properties Limited, LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | |
|---|---|
| In re<br><br>TECHNOLOGY PROPERTIES LIMITED, LLC,<br><br><br>Debtor. | Case No.: 13-51589SLJ<br><br>Chapter 11<br><br>NO HEARING REQUESTED |

**STIPULATED EX PARTE APPLICATION FOR FURTHER
EXTENSION OF EXCLUSIVE PERIODS (11 U.S.C. §§1121(d))**

Debtor and debtor in possession Technology Properties Limited LLC ("TPL") and the Official Unsecured Creditors' Committee (the "Committee") hereby apply to the Court for an order further extending the exclusive periods for TPL to file a plan and to solicit acceptances to September 30, 2013, and December 5, 2013, respectively.

TPL respectfully represents as follows in support of this Stipulated Ex Parte Application:

1. TPL commenced the instant case by filing a voluntary Chapter 11 petition on March 20, 2013. The exclusive periods for TPL to file a plan and obtain acceptances set

forth under 11 U.S.C. §§1121(c)(2) and 1121(c)(3) were originally set to expire on July 18, 2013, and September 16, 2013, respectively.

2. TPL and the Committee initially stipulated to extend exclusivity under 11 U.S.C. §§1121(c)(2) and 1121(c)(3), to August 16, 2013, and November 16, 2013, to file a plan and to obtain acceptances thereof, respectively.

3. In order to preserve TPL's right to proceed with a disclosure hearing on September 5, 2013, TPL and the Committee subsequently stipulated to shortened time to allow TPL to file its plan and disclosure statement and serve notice thereof by August 9, 2013.

4. Negotiations for a consensual plan have continued steadily since the filing of this case. Multiple proposals and draft plans have been circulated, with progress being achieved with each round.

5. On August 8, 2013, the Committee provided a further iteration of 15 specific points it wishes to see in a consensual plan. There is simply inadequate time for TPL to evaluate those points, negotiate with the Committee over them, and incorporate agreed items in a revised plan and disclosure statement by the court-approved August 9 filing date.

6. In order to allow negotiations to continue without bringing the parties' differences into a public forum through the process of objection and approval of a disclosure statement, and to protect the flow of settlements and licenses prior to the upcoming September trial, TPL and the Committee have agreed to a further extension of the exclusive periods set forth in Bankruptcy code section 1121 as set forth above.

WHEREFORE, TPL and the Committee respectfully request that this Court issue an order as follows:

a. The exclusive period for TPL to file a plan under 11 U.S.C. §§1121(c)(2) shall be extended to September 30, 2013;

b. The exclusive period for TPL to obtain acceptances of its plan under 11 U.S.C. §§1121(c)(3) shall be extended to December 5, 2013; and,

c. The Court's order shortening time, to the extent that it required TPL to file its plan and disclosure statement on August 9, 2013, and setting a hearing thereon on September 5, 2013, is vacated.

Dated: August 12, 2013        BINDER & MALTER, LLP

By: /s/ ROBERT G. HARRIS
    ROBERT G. HARRIS

Attorneys for Debtor Technology Properties Limited, LLC

**THE COMMITTEE CONSENTS TO THE RELIEF REQUESTED**

Dated: August 12, 2013        DORSEY & WHITNEY, LLP

By: /s/ JOHN WALSHE MURRAY
    JOHN WALSHE MURRAY

Attorneys for the Official Unsecured Creditors Committee