EXHIBIT A

Schedule of Pending Patent Litigation

Acronyms used to simplify presentation:
TPL: Technology Properties Limited LLC
PDS:  Phoenix Digital Solutions
PTSC: Patriot Scientific Corporation

II. MMP Patent Litigation

   A.  THE "NORCAL" CASES.

      1.  HTC Corporation and HTC America, Inc v. TPL, PTSC &
      Alliacense (5:08-cv-05398)

   B.  THE MMP-I ITC CASES
      "In the Matter of Certain Wireless Consumer Electronics Devices and
Components Thereof" – Complaint of Technologies Properties Limited LLC under
Section 337 of the Tariff Act of 1930 – Case # 337-TA-853. TPL, PDS and PTSC v.: .
      1. Barnes & Noble, Inc
      2. Garmin International, Inc,and Garmin USA, Inc.
      3. Huawei Technologies Co. Ltd and Huawei North America
      4. LG Electronics, Inc. and LG Electronics USA, Inc
      5. Nintendo Co., Ltd and Nintendo of America, Inc
      6. Novatel Wireless, Inc
      7. Samsung Electronics Co. Ltd., and Samsung Electronics America, Inc
      8. ZTE Corporation and ZTE (USA) Inc

   C.  THE MMP-I DISTRICT COURT CASES (NDCA)
      TPL, PDS and PTSC v.
      1. Barnes & Noble, Inc (CV12-03863)
      2. Garmin Ltd, Garmin International, Inc, and Garmin USA, Inc. (CV12-03870)
      3. Huawei Technologies Co. Ltd and Huawei North America (CV12-03865)
      4. LG Electronics, Inc. and LG Electronics USA, Inc (CV12-03880)
      5. Nintendo Co., Ltd and Nintendo of America, Inc (CV12-03881)
      6. Novatel Wireless, Inc (CV12-03879)
      7. Samsung Electronics Co. Ltd., and Samsung Electronics America, Inc
            (CV12-03877)
      8. ZTE Corporation and ZTE (USA) Inc(CV12-03876)

EXHIBIT A

Schedule of Pending Patent Litigation

*Continued*


II. CORE Flash Patent Litigation.

  A. THE CORE Flash-II DISTRICT COURT CASES (NDCA).
    TPL v.
     1. Canon Inc. and Canon U.S.A. Inc 3:14-cv-3640)
     2. Falcon Northwest Computer Systems, Inc. (3:14-cv-3641)
     3. Hewlett-Packard Company (3:14-cv-3643)*
     4. . HiTi Digital, Inc (3:14-cv-3642)
     5. Kingston Techology Company, Inc (3:14-cv-3644)
     6. NewEgg Inc. and Rosewill Inc. (3:14-cv-3645)
     7. Seiko Epson Corporation and Epson America, Inc. (3:14-cv-3646)
     8. Shuttle Computer Group Inc (3:14-cv-3647)

  B. THE CORE Flash -I DISTRICT COURT CASES (2:11-CV-00372-TJW)
     1. Sony Corporation
     2. Action Electronics Co. Ltd - Dismissal without prejudice expected
     3. Aiptek International Inc - Dismissal without prejudice expected
     4. Digital Spectrum Solutions, Inc. - Dismissal without prejudice expected
     5. Mustek Systems, Inc - Dismissal without prejudice expected
     6. Pandigital - Dismissal without prejudice expected
     7. Win Accord Ltd - Dismissal without prejudice expected
     8. Win Accord USA - Dismissal without prejudice expected


III. Fast Logic Patent Litigation

  A. THE Fast Logic-I DISTRICT COURT CASES (C.A. No. 11-770 (RGA)
    HSM Portfolio LLC and TPL v.
     1. Cirrus Logic, Inc
     2. Elpida Memory, Inc - stayed, in bancrupcty
     3. Micron Technology, Inc
     4. SanDisk Corporation
     5. STMicroelectronics N.V.
     6. Toshiba Corporation