# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: Technology Properties Limited LLC

Case No. 13-51589

**CHAPTER 11
MONTHLY OPERATING REPORT
(GENERAL BUSINESS CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** Dec-14  **PETITION DATE:** 03/20/13

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $3,178,867 | $3,163,304 | |
| b. Total Assets | $3,198,367 | $3,182,804 | $4,472,717 |
| c. Current Liabilities | $3,953,436 | $3,992,942 | |
| d. Total Liabilities | $73,273,358 | $73,312,864 | $69,769,922 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $160,383 | $113 | $11,802,764 |
| b. Total Disbursements | $144,820 | $503,962 | $11,058,878 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $15,563 | ($503,849) | $743,886 |
| d. Cash Balance Beginning of Month | $852,096 | $1,355,946 | $123,773 |
| e. Cash Balance End of Month (c + d) | $867,659 | $852,096 | $867,659 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | ($133,954) | ($378,792) | ($3,749,218) |
| 5. **Account Receivables (Pre and Post Petition)** | $2,286,208 | $2,286,208 | |
| 6. **Post-Petition Liabilities** | $3,953,436 | $3,992,942 | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $803,799 | $791,115 | |

**At the end of this reporting month:**  **Yes**  **No**

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)    No
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)    No
10. If the answer is yes to 8 or 9, were all such payments approved by the court?
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)    No
12. Is the estate insured for replacement cost of assets and for general liability?  Yes
13. Are a plan and disclosure statement on file?  Yes
14. Was there any post-petition borrowing during this reporting period?    No

15. Check if paid: Post-petition taxes  Y ;  U.S. Trustee Quarterly Fees  Y  ; Check if filing is current for: Post-petition tax reporting and tax returns:  Y .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 2/10/15    /s/ Arockiyaswamy Venkidu
                 Responsible Individual

Revised 1/1/98

# STATEMENT OF OPERATIONS
## (General Business Case)
For the Month Ended 12/31/14

| December Actual | | Forecast | Variance | | | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|---|
| | | | | | **Revenues:** | | |
| $160,383 | FN2 | $161,000 | ($617) | 1 | Gross Sales | $11,733,512 | $2,000 |
| | | $0 | $0 | 2 | less: Sales Returns & Allow. & ForeignTax Whdg | $641,250 | $0 |
| $160,383 | | $161,000 | ($617) | 3 | Net Sales | $11,093,770 | $2,000 |
| | | | $0 | 4 | less: Cost of Goods Sold (Schedule 'B') | $0 | |
| $160,383 | | $161,000 | ($617) | 5 | Gross Profit | $11,093,770 | $2,000 |
| $0 | | | $0 | 6 | Interest | $0 | |
| $78,333 | | $78,333 | $0 | 7 | Other Income: Current portion of prepaid royalty | $1,644,993 | $78,333 |
| $0 | | $0 | $0 | 8 | Vendor Refund | ($2,182) | $0 |
| ($11,750) | | (11,750) | $0 | 9 | Less: Cost of Revenue | ($5,849,066) | (11,750) |
| $226,966 | | $227,583 | ($617) | 10 | **Total Revenues** | $6,887,514 | $68,583 |
| | | | | | **Expenses:** | | |
| $0 | | $0 | $0 | 11 | Compensation to Owner(s)/Officer(s) | $976,857 | $0 |
| $0 | | - | $0 | 12 | Salaries | $1,049,779 | - |
| | | | $0 | 13 | Commissions | $0 | |
| $0 | | $0 | $0 | 14 | Contract Labor | $15,000 | $0 |
| | | | | | Rent/Lease: | | |
| $0 | | $100 | ($100) | 15 | Personal Property | $19,937 | $100 |
| $0 | | $0 | $0 | 16 | Real Property | $141,640 | $0 |
| $0 | | $1,000 | ($1,000) | 17 | Insurance | $140,722 | $1,000 |
| $10,000 | | $15,000 | ($5,000) | 18 | Management Fees | $40,000 | $10,000 |
| | | | $0 | 19 | Depreciation | $0 | |
| | | | | | Taxes: | | |
| $0 | | $0 | $0 | 20 | Employer Payroll Taxes (Paid to TriNet) | $97,287 | $0 |
| $0 | | $0 | $0 | 21 | Real Property Taxes | $0 | $0 |
| | | $0 | $0 | 22 | Other Taxes | $16,377 | $0 |
| $0 | | $200 | ($200) | 23 | Other Selling | $26,079 | $200 |
| $2,904 | | $5,000 | ($2,096) | 24 | Other Administrative | $136,284 | $5,000 |
| $0 | | $400 | ($400) | 25 | Interest | $6,549 | $400 |
| $0 | | $0 | $0 | 26 | Other Expenses: Miscellaneous SG&A | $2,181 | $0 |
| $0 | | $0 | $0 | 27 | TriNet Payroll Fees | $22,557 | $0 |
| $0 | | $0 | $0 | 28 | Workers Comp Insurance (Paid to TriNet) | $30,792 | $0 |
| $150 | | $300 | ($150) | 29 | Employer Paid Benefits (Paid to TriNet) | $188,497 | $300 |
| $0 | | $0 | $0 | 30 | Unrealized Loss(gain) - stock | ($25,369) | $0 |
| $82,781 | | $145,000 | ($62,219) | 31 | Patent Prosec./Maintenance | $981,920 | $175,000 |
| $0 | | $5,000 | ($5,000) | 32 | Other Professional Fees | $22,315 | $5,000 |
| $50,000 | | $50,000 | $0 | 33 | CCC Adequate Protection | $1,000,000 | $50,000 |
| $75,000 | | $75,000 | $0 | 34 | Venkidu Adequate Protection | $1,500,000 | $75,000 |
| $220,834 | | $297,000 | ($76,166) | 35 | **Total Expenses** | $6,389,404 | $322,000 |
| $6,131 | | ($69,417) | $75,548 | 36 | **Subtotal** | $498,110 | ($253,417) |
| | | | | | **Reorganization Items:** | | |
| ($127,401) | FN1 | ($125,000) | ($2,401) | 37 | Professional Fees | ($4,159,842) | ($125,000) |
| ($12,684) | | ($15,000) | $2,316 | 38b | Committee Related Fees | ($50,736) | ($15,000) |
| | | | $0 | 39 | Interest Earned on Accumulated Cash from | | |
| | | | $0 | | Resulting Chp 11 Case | | |
| | | | $0 | 40 | Gain or (Loss) from Sale of Equipment | | |
| $0 | | $0 | $0 | 41 | U.S. Trustee Quarterly Fees | ($36,750) | $0 |
| | | | $0 | 42 | | | |
| ($140,085) | FN1 | ($140,000) | ($85) | 43 | **Total Reorganization Items** | ($4,247,328) | ($140,000) |
| ($133,954) | | ($209,417) | $75,463 | 44 | **Net Profit (Loss) Before Federal & State Taxes** | ($3,749,218) | ($393,417) |
| | | | $0 | 45 | Federal & State Income Taxes | | |
| ($133,954) | | ($209,417) | $75,463 | 46 | **Net Profit (Loss)** | ($3,749,218) | ($393,417) |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):
Foot Note 1: Professional fees accrued are an estimate, since we do not have the actual invoices.
Foot Note 2: TPL and HSM Portfolio LLC entered into a Fast Logic license agreement in June, and the net amount due TPL is shown in Gross sales
 Distributions of the gross license payment is made by the contingency attorney.

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
**For the Month Ended**   12/31/14

**Assets**

| # | | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $221,695 |
| 2 | Cash and cash equivalents - restricted | | 645,963 |
| 3 | Accounts receivable (net) * See Footnote | A | $2,286,208 |
| 4 | Inventory | B | $25,000 |
| 5 | Prepaid expenses | | $0 |
| 6 | Professional retainers | | $0 |
| 7 | Other: | | $0 |
| 8 | | | |
| 9 | **Total Current Assets** | | $3,178,867 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | $0 |
| 11 | Machinery and equipment | D | $3,000 |
| 12 | Furniture and fixtures | D | $864 |
| 13 | Office equipment | D | $15,636 |
| 14 | Leasehold improvements | D | $0 |
| 15 | Vehicles | D | $0 |
| 16 | Other: | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $19,500 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | |
| 23 | Loans to affiliates | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $0 |
| 29 | **Total Assets** | | $3,198,367 |

*NOTE: A portion of the PDS receivable listed may be uncollectable. The uncollectable value has not been estimated. Familiarity with comparable market used to estimate the market value of assets at time of petition.

# Liabilities and Equity
**(General Business Case)**

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| # | Item | | | |
|---|------|---|---|---|
| 30 | Salaries and wages | | | $151,721 |
| 31 | Payroll taxes | | | |
| 32 | Real and personal property taxes | | | $0 |
| 33 | Income taxes | | | $0 |
| 34 | Sales taxes | | | $0 |
| 35 | Notes payable (short term) | | | $ 13,560 |
| 36 | Accounts payable (trade) | A | | $898,330 |
| 37 | Real property lease arrearage | | | $0 |
| 38 | Personal property lease arrearage | | | $0 |
| 39 | Accrued professional fees | | | $2,877,343 |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | | $0 |
| 41 | Other: Contingency Fees due on Revenue | | | - |
| 42 | Other Invoice Accruals | | | 12,482 |
| 43 | | | | |
| 44 | **Total Current Liabilities** | | | $3,953,436 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | | $0 |
| 46 | **Total Post-Petition Liabilities** | | | $3,953,436 |

**Pre-Petition Liabilities (allowed amount TBD)  *Not Necessarily Allowed listed**

| # | Item | | | | |
|---|------|---|---|---|---|
| 47 | Secured claims | F | TBD | | $10,278,180 |
| 48 | Priority unsecured claims | F | TBD | | $9,026,825 |
| 49 | General unsecured claims | F | TBD | | $50,014,917 |
| 50 | **Total Pre-Petition Liabilities** | | TBD | | $69,319,922 |
| 51 | **Total Liabilities** | | TBD | | $73,273,358 |

**Equity (Deficit)**

| # | Item | |
|---|------|---|
| 52 | Retained Earnings/(Deficit) at time of filing | |
| 53 | Capital Stock | |
| 54 | Additional paid-in capital | |
| 55 | Cumulative profit/(loss) since filing of case | |
| 56 | Post-petition contributions/(distributions) or (draws) | |
| 57 | | |
| 58 | Market value adjustment | |
| 59 | **Total Equity (Deficit)** | ($70,074,991) |
| 60 | **Total Liabilities and Equity (Deficit)** | $3,198,367 |

NOTES:

47 - 51)  Allowed amounts have not yet been determined.  Listed Pre-petition full amounts.

Revised 1/1/98

## SCHEDULES TO THE BALANCE SHEET
**(General Business Case)**

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | | 94,531 | |
| 31-60 Days | $0 | 145,787 | |
| 61-90 Days | $0 | 65,846 | 898,330 |
| 91+ Days | 2,379,646 | 592,167 FN2 | |
| Total accounts receivable/payable | $2,379,646 | 898,330 | |
| Allowance for doubtful accounts | 93,438 | | |
| Accounts receivable (net) | $2,286,208 | | |

NOTEs: FN 1, A portion of the PDS receivable listed may be uncollectable. The uncollecable value has not been estimated.

FN 2 Payable withheld because Cash Collateral Budget Appoved by Court does not accommodate full payment
Delay in payments to Alliacense.

### Schedule B
### Inventory/Cost of Goods Sold

**Types and Amount of Inventory(ies)**

| | Inventory(ies) Balance at End of Month |
|---|---|
| Retail/Restaurants - Product for resale | |
| Distribution - Products for resale | |
| Manufacturer - Raw Materials | |
| Work-in-progress | |
| Finished goods | $25,000 |
| Other - Explain | |
| TOTAL | $25,000 |

**Cost of Goods Sold**

| | |
|---|---|
| Inventory Beginning of Month | |
| Add - Net purchase | |
| Direct labor | |
| Manufacturing overhead | |
| Freight in | |
| Other: | |
| Misc Expense | |
| Less - Inventory End of Month | |
| Shrinkage | |
| Personal Use | |
| Cost of Goods Sold | $0 |

**Method of Inventory Control**

Do you have a functioning perpetual inventory system?
  Yes ____  No  x

How often do you take a complete physical inventory?

  Weekly ____
  Monthly ____
  Quarterly ____
  Semi-annually ____
  Annually ____

Date of last physical inventory was    None

Date of next physical inventory is

**Inventory Valuation Methods**

Indicate by a checkmark method of inventory used.

Valuation methods -
  FIFO cost ____
  LIFO cost ____
  Lower of cost or market ____
  Retail method ____
  Other ____
  Explain

NOTE: We have on hand dated pre-production chips and legacy chips
No formal valuation

## Schedule C
## Real Property

| Description | Cost | Market Value |
|---|---|---|
| None | $0 | $0 |
| | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |

## Schedule D
## Other Depreciable Assets

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | unavailable | $3,000 |
| | | |
| | | |
| Total | $0 | $3,000 |
| Furniture & Fixtures - | $4,268 | $864 |
| | | |
| | | |
| Total | $4,268 | $864 |
| Office Equipment - | $192,406 | $15,636 |
| | | |
| | | |
| | | |
| Total | $192,406 | $15,636 |
| Leasehold Improvements - 0 | | |
| | | |
| | | |
| Total | $0 | $0 |
| Vehicles - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |

Revised 1/1/98

## Schedule E
### Aging of Post-Petition Taxes
### (As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | $0 | | | | $0 |
| FICA - Employee | $0 | | | | $0 |
| FICA - Employer | $0 | | | | $0 |
| Unemployment (FUTA) | $0 | | | | $0 |
| Income | $0 | | | | $0 |
| Other (Attach List) | $0 | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | $0 | | | | $0 |
| Unemployment (UT) | $0 | | | | $0 |
| Disability Insurance (DI) | $0 | | | | $0 |
| Empl. Training Tax (ETT) | $0 | | | | $0 |
| Sales | $0 | | | | $0 |
| Excise | $0 | | | | $0 |
| Real property | $0 | | | | $0 |
| Personal property | $0 | | | | $0 |
| Income | $0 | | | | $0 |
| Other (Attach List) | $0 | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

## Schedule F
### Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount |
|---|---|---|
| Secured claims (a) | $10,728,180 | TBD |
| Priority claims other than taxes | $9,026,825 | TBD |
| Priority tax claims | $0 | TBD |
| General unsecured claims | $50,014,917 | TBD |

(a) List total amount of claims even it under secured.
(b) Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
### Rental Income Information
### Not applicable to General Business Cases

## Schedule H
### Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 | Account 5 | Account 6 |
|---|---|---|---|---|---|---|
| Bank | U.S.Bank NA | M&T Bank | M&T Bank | M&T Bank | M&T Bank | BCPC Bragalone |
| Account Type | Trust Acct. | Checking | Checking | Checking | Checking | Trust Acct. |
| Account No. | xxxx1655 | xxxxxx8039 | xxxxxx8062 | xxxxxx8070 | xxxxxx8088 | |
| Account Purpose | Trust Acct. | General DIP | DIP | DIP | DIP | Trust Acct. |
| Balance, End of Month | $645,963 FN1 | 28,408 | 1,000 | 1,488 | 30,417 | 160,383 |

39111.1

Total Funds on Hand for all Accounts    $867,659

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.
Footnote 1: As a condition of approving a ligitation settlement in May, the Official Committee of Unsecured Creditors required deposit of TPL's portion of the settlement fee to a trust account set up by Dorsey & Whitney, attorneys of the Official Committee of Unsecured Creditors, rather than an existing TPL DIP account.

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 12/31/14

| | | Actual Dec. Month | Cumulative (Case to Date) |
|---|---|---:|---:|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | $0 |
| 2 | Cash Received from Sales | $160,383 | $10,905,668 |
| 3 | Interest Received | | $0 |
| 4 | Borrowings | | $0 |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | $0 |
| 6 | Capital Contributions | | $0 |
| 7 | Vendor refunds | | $103,726 |
| 8 | PDS Distribution | | $793,371 |
| 9 | | | $0 |
| 10 | | | $0 |
| 11 | | | $0 |
| 12 | **Total Cash Receipts** | $160,383 | $11,802,764 |
| | **Cash Disbursements** | | |
| 13 | Payments for Inventory | | $0 |
| 14 | Selling (COS/Direct Litigation Expenses) | $ - | $4,844,015 |
| 15 | Administrative | $ 783 | $197,958 |
| 16 | Capital Expenditures | | $0 |
| 17 | Principal Payments on Debt | | $0 |
| 18 | Interest Paid | | $0 |
| | Rent/Lease: | | $0 |
| 19 | Personal Property | $ - | $30,032 |
| 20 | Real Property | $ - | $125,901 |
| | Amount Paid to Owner(s)/Officer(s) | | $0 |
| 21 | Salaries | $ - | $466,199 |
| 22 | Draws | | $0 |
| 23 | Commissions/Royalties | | $0 |
| 24 | Expense Reimbursements | $ - | $21,619 |
| 25 | Other | | $0 |
| 26 | Salaries/Commissions (less employee withholding) | $ - | $797,127 |
| 27 | Management Fees | $ 10,000 | $10,000 |
| | Taxes: | | $0 |
| 28 | Employee Withholding *See Footnote | $ - | $482,395 |
| 29 | Employer Payroll Taxes *See Footnote | $ - | $82,741 |
| 30 | Real Property Taxes | | $0 |
| 31 | Other Taxes | $ - | $16,323 |
| 32 | Other Cash Outflows: | | $0 |
| 33 | Insurance | $ - | $109,027 |
| 34 | Patent Prosec. & Maint./Lit Support | $ 134,037 | $757,696 |
| 35 | Employee/Employer Health Benefits (Paid to TriNet) | $ - | $228,574 |
| 35b | Worker Comp and TriNet Fees Paid to TriNet) | $ - | $47,819 |
| 36 | 401K payments to Fidelity | | $78,753 |
| 37 | Creditor's Committee/Reorg Counsel/ U.S Trustee Fee | $ - | $1,012,700 |
| 37b | Adequate Protection | | $1,750,000 |
| 38 | **Total Cash Disbursements:** | $144,820 | $11,058,878 |
| 39 | **Net Increase (Decrease) in Cash** | $15,563 | $743,886 |
| 40 | **Cash Balance, Beginning of Period** | $852,096 | $123,773 |
| 41 | **Cash Balance, End of Period** | $867,659 | $867,659 |

Footnote 1: Employee withholdings (except 401K), employer taxes, workers comp, and health benefits are all paid directly to TriNet pri
401K Withholdings paid directly to Fidelity through a deduction from TPL's Bank account.

Revised 1/1/98

# Technology Properties Limited LLC

MOR Attachment December 31, 2014

Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Item number

| | |
|---|---|
| 17, 18, 24 | Several categories of admin expenses lower than anticipated. |
| 31 | IPR Appeal for C2 Patent lower but amount expected to move forward in January |
| 43, 44 | High Reorganization costs continue to erode cummulative profit |

**M&T Bank**

**TPL Bank Reconciliations**

| Date | Nr. | Vendor | Dorsey Trust Acct | BCPC Trust Bragalone | XXXX8062 | XXXX8039 | XXXX8070 | XXXX8088 | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Beginning Balances** | | | 587,778 | 192,302 | 1,000 | 39,111 | 1,488 | 30,417 | 852,097 |
| 12/8/14 | NA | Bank charges | | | | (704) | | - | **(704)** |
| 12/12/14 | NA | Deposit (Revenue) | | 160,383 | | | | | **160,383** |
| 12/8/14 | | Net Bank Charges | (80) | | | | | | **(80)** |
| 12/12/14 | | Transfer Funds | 58,265 | (58,265) | | | | | **-** |
| 12/12/14 | | Wire to Alliacense | | (134,037) | | | | | **(134,037)** |
| 12/31/14 | | A. Venkidu | | | | (10,000) | | | **(10,000)** |
| **Ending Balances** | | | 645,963 | 160,383 | 1,000 | 28,408 | 1,488 | 30,417 | **867,659** |

**Technology Properties Limited LLC**
**Cash Reconciliation - 12/31/14**

| | Cash Amount |
|---|---:|
| Cash Balance Bank @ 12/01/14 | 852,097 |
| In Transit Item | |
| Beginning Balance 12/01/2014 | 852,097 |
| Cash Deposit | 160,383 |
| Cash Disbursement | (144,820) |
| Cash Balance Bank @ 12/31/14 | 867,659 |

<u>Adjustments:</u>

| | | |
|---|---|---:|
| # | Checks Outstanding | - |
| | MOR Cash Receipt & Disbursement | 867,659 |

**Technology Properties Limited LLC**

**Checkbook ID**   **Checkbook Amount**   **Paid ToRcvd From**      **check#**

**Officer Payments - December 2014 TPL**

**None**



**M&T Bank**         Checking Account Statement

FOR INQUIRIES CALL:    MIDDLE MARKET NEW LOANS
(302) 651-8548

TECHNOLOGY PROPERTIES LTD LLC
DEBTOR IN POSSESSION
DANIEL E LECKRONE, TRUSTEE
4880 STEVENS CREEK BLVD
SUITE 103
SAN JOSE CA 95129

| ACCOUNT TYPE | |
|---|---|
| COMMERCIAL CHECKING | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 8039 | 12/01/14 - 12/31/14 |
| BEGINNING BALANCE | $42,522.10 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 13,410.77 |
| LESS SERVICE CHARGES | 703.55 |
| ENDING BALANCE | $28,407.78 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 12/01/2014 | BEGINNING BALANCE | | | $42,522.10 |
| 12/08/2014 | SERVICE CHARGE FOR ACCOUNT ( 8039 | | $703.55 | 41,818.55 |
| 12/09/2014 | CHECK NUMBER 108 | | 1,810.77 | |
| 12/09/2014 | CHECK NUMBER 109 | | 1,600.00 | 38,407.78 |
| 12/31/2014 | CHECK NUMBER 110 | | 10,000.00 | 28,407.78 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 3 | |

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 108 | 12/09/14 | 1,810.77 | 109 | 12/09/14 | 1,600.00 | 110 | 12/31/14 | 10,000.00 |

* - GAP IN CHECK SEQUENCE
R - CHECK RETURNED

| NUMBER OF CHECKS PAID | 3 |
|---|---|
| AMOUNT OF CHECKS PAID | $13,410.77 |

REMINDER: EFFECTIVE JANUARY 1, 2015, A FEE OF $3.00 WILL BE ASSESSED EACH MONTH
FOR PAPER STATEMENTS. ENROLL IN COMMERCIAL ESTATEMENT SERVICE AND ENJOY THE
CONVENIENCE OF ACCESSING YOUR COMMERCIAL CHECKING AND SAVINGS ACCOUNT STATEMENTS
ONLINE. AN EMAIL ALERT IS SENT WHEN YOUR STATEMENT IS AVAILABLE ONE BUSINESS DAY
FOLLOWING STATEMENT GENERATION, WHICH MEANS YOU WON'T HAVE TO WAIT FOR THE MAIL
TO ARRIVE. YOU CAN EASILY RETRIEVE, VIEW OR PRINT PREVIOUS ESTATEMENTS AND BUILD
UP TO 24 MONTHS OF HISTORY ONLINE. FOR MORE INFORMATION OR TO ENROLL, CALL M&T'S
COMMERCIAL SERVICE TEAM AT 1-800-724-2240 OR CONTACT YOUR RELATIONSHIP MANAGER.



# M&T Bank

Checking Account Statement

FOR INQUIRIES CALL: MIDDLE MARKET NEW LOANS
(302) 651-8548

P

TECHNOLOGY PROPERTIES LTD LLC
DEBTOR IN POSSESSION
DANIEL E LECKRONE, TRUSTEE

4880 STEVENS CREEK BLVD SUITE 103
SAN JOSE CA 95129

| ACCOUNT TYPE | |
|---|---|
| COMMERCIAL CHECKING | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 3062 | 12/01/14 - 12/31/14 |
| BEGINNING BALANCE | $1,000.00 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $1,000.00 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 12/01/2014 | BEGINNING BALANCE | | | $1,000.00 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

REMINDER: EFFECTIVE JANUARY 1, 2015, A FEE OF $3.00 WILL BE ASSESSED EACH MONTH
FOR PAPER STATEMENTS. ENROLL IN COMMERCIAL ESTATEMENT SERVICE AND ENJOY THE
CONVENIENCE OF ACCESSING YOUR COMMERCIAL CHECKING AND SAVINGS ACCOUNT STATEMENTS
ONLINE. AN EMAIL ALERT IS SENT WHEN YOUR STATEMENT IS AVAILABLE ONE BUSINESS DAY
FOLLOWING STATEMENT GENERATION, WHICH MEANS YOU WON'T HAVE TO WAIT FOR THE MAIL
TO ARRIVE. YOU CAN EASILY RETRIEVE, VIEW OR PRINT PREVIOUS ESTATEMENTS AND BUILD
UP TO 24 MONTHS OF HISTORY ONLINE. FOR MORE INFORMATION OR TO ENROLL, CALL M&T'S
COMMERCIAL SERVICE TEAM AT 1-800-724-2240 OR CONTACT YOUR RELATIONSHIP MANAGER.



Checking Account Statement

FOR INQUIRIES CALL: MIDDLE MARKET NEW LOANS
(302) 651-8548



P

TECHNOLOGY PROPERTIES LTD LLC
DEBTOR IN POSSESSION
DANIEL E LECKRONE, TRUSTEE

4880 STEVENS CREEK BLVD SUITE 103
SAN JOSE CA 95129

| ACCOUNT TYPE | |
|---|---|
| COMMERCIAL CHECKING | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 8070 | 12/01/14 - 12/31/14 |
| BEGINNING BALANCE | $1,488.95 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $1,488.95 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 12/01/2014 | BEGINNING BALANCE | | | $1,488.95 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

REMINDER: EFFECTIVE JANUARY 1, 2015, A FEE OF $3.00 WILL BE ASSESSED EACH MONTH FOR PAPER STATEMENTS. ENROLL IN COMMERCIAL ESTATEMENT SERVICE AND ENJOY THE CONVENIENCE OF ACCESSING YOUR COMMERCIAL CHECKING AND SAVINGS ACCOUNT STATEMENTS ONLINE. AN EMAIL ALERT IS SENT WHEN YOUR STATEMENT IS AVAILABLE ONE BUSINESS DAY FOLLOWING STATEMENT GENERATION, WHICH MEANS YOU WON'T HAVE TO WAIT FOR THE MAIL TO ARRIVE. YOU CAN EASILY RETRIEVE, VIEW OR PRINT PREVIOUS ESTATEMENTS AND BUILD UP TO 24 MONTHS OF HISTORY ONLINE. FOR MORE INFORMATION OR TO ENROLL, CALL M&T'S COMMERCIAL SERVICE TEAM AT 1-800-724-2240 OR CONTACT YOUR RELATIONSHIP MANAGER.

Case: 13-51589   Doc# 667   Filed: 02/10/15   Entered: 02/10/15 15:03:44   Page 16 of 19



# M&T Bank

FOR INQUIRIES CALL: MIDDLE MARKET NEW LOANS
(302) 651-8548

P

TECHNOLOGY PROPERTIES LTD LLC
DEBTOR IN POSSESSION
DANIEL E LECKRONE, TRUSTEE

4880 STEVENS CREEK BLVD SUITE 103
SAN JOSE CA 95129

| ACCOUNT TYPE |
|---|
| COMMERCIAL CHECKING |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| 3088 | 12/01/14 - 12/31/14 |

| | |
|---|---|
| BEGINNING BALANCE | $30,416.64 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $30,416.64 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 12/01/2014 | BEGINNING BALANCE | | | $30,416.64 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

REMINDER: EFFECTIVE JANUARY 1, 2015, A FEE OF $3.00 WILL BE ASSESSED EACH MONTH
FOR PAPER STATEMENTS. ENROLL IN COMMERCIAL ESTATEMENT SERVICE AND ENJOY THE
CONVENIENCE OF ACCESSING YOUR COMMERCIAL CHECKING AND SAVINGS ACCOUNT STATEMENTS
ONLINE. AN EMAIL ALERT IS SENT WHEN YOUR STATEMENT IS AVAILABLE ONE BUSINESS DAY
FOLLOWING STATEMENT GENERATION, WHICH MEANS YOU WON'T HAVE TO WAIT FOR THE MAIL
TO ARRIVE. YOU CAN EASILY RETRIEVE, VIEW OR PRINT PREVIOUS ESTATEMENTS AND BUILD
UP TO 24 MONTHS OF HISTORY ONLINE. FOR MORE INFORMATION OR TO ENROLL, CALL M&T'S
COMMERCIAL SERVICE TEAM AT 1-800-724-2240 OR CONTACT YOUR RELATIONSHIP MANAGER.



**THE PRIVATE CLIENT RESERVE**
**Business Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800
2797                                            Y     ST01

Account Number:
1234
Statement Period:
Dec 1, 2014
through
Dec 31, 2014



Page 1 of 1

TECHNOLOGY PROPERTIES LIMITED LLC
DORSEY & WHITNEY LLP TRUSTEE
TRUSTEE IN POSSESSION
BANKRUPTCY CASE # 13-51589 CA
50 S 6TH ST STE 1500
MINNEAPOLIS MN 55402-1498

☎  To Contact U.S. Bank

*24-Hour Business*
*Solutions:*   1-800-673-3555

*Telecommunications Device*
*for the Deaf:*   1-800-685-5065
*Internet:*   usbank.com

## NEWS FOR YOU

Price changes for U.S. Bank's Business Checking, Savings, and Treasury Management Services are effective January 1, 2015. You can view revised pricing (only those prices that changed) at https://www2.usbank.com/tmpricing beginning December 1, 2014. Please enter the Access Code listed below to view price changes that may apply. If you experience difficulty accessing this information, please contact Customer Service at the number listed in the upper right corner of this statement or by sending an email to Customer Service at commercialsupport@usbank.com.

Access Code: 7B-74C7-B2F0-82B6

## PREMIUM BUSINESS CHECKING WITH INTEREST                              Member FDIC

U.S. Bank National Association                                         Account Number    1234

### Account Summary

|                              | # Items |    $       |            |                                    |    |         |
|------------------------------|---------|------------|------------|------------------------------------|----|---------|
| Beginning Balance on Dec 1   |         | $          | 587,778.14 | Interest Paid this Year            | $  | 9.32    |
| Other Deposits               | 2       |            | 58,270.42  | Number of Days in Statement Period |    | 31      |
| Other Withdrawals            | 1       |            | 85.07-     |                                    |    |         |
| Ending Balance on Dec 31, 2014 | $     | 645,963.49 |            |                                    |    |         |

### Other Deposits

| Date    | Description of Transaction |                         | Ref Number  |    | Amount    |
|---------|---------------------------|-------------------------|-------------|----|-----------|
| Dec 12  | Wire Credit REF001717 ORG=BRAGALONE CONROY PC | PROSPERITY BANK EL 2200 ROSS AVE STE 4500- |             | $  | 58,265.11 |
| Dec 31  | Interest Paid             |                         | 3100001726  |    | 5.31      |
|         |                           | Total Other Deposits    |             | $  | 58,270.42 |

### Other Withdrawals

| Date   | Description of Transaction |                         | Ref Number | | Amount  |
|--------|---------------------------|-------------------------|------------|--|---------|
| Dec 12 | Analysis Service Charge   |                         | 1200000000 | $ | 85.07-  |
|        |                           | Total Other Withdrawals |            | $ | 85.07-  |

### Balance Summary

| Date   | Ending Balance | Date   | Ending Balance |
|--------|----------------|--------|----------------|
| Dec 12 | 645,958.18     | Dec 31 | 645,963.49     |

Balances only appear for days reflecting change.

Case: 13-51589    Doc# 667    Filed: 02/10/15    Entered: 02/10/15 15:03:44    Page 18 of 19

**Bragalone Trust Account:**

Monthly flow of settlement funds received - *HSM Portfolio LLC, et al. v. Elpida Memory Inc., et al.,* pending in the United States District Court for the District of Delaware, Civil Action No. 1:11-cv-00770-RGA

| Date | Amount | To/From | Description |
|---|---|---|---|
| 12/01/2014 | 192,301.95 | | "Beginning balance" |
| 12/12/2014 | 160,382.75 | | to TPL |
| 12/12/2014 | -58,265.11 | TPL | Outgoing wire (Dorsey & Whitney) |
| 12/12/2014 | -134,036.84 | Alliacense | Outgoing wire *(sent per counsel)* |
| 12/31/2014 | 160,382.75 | | "Ending balance" – *held in trust* |