Heinz Binder (SBN 87908)
Robert G. Harris (SBN 124678)
Wendy W. Smith (SBN 133887)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531
Email: Heinz@bindermalter.com
Email: Rob@bindermalter.com
Email: Wendy@bindermalter.com

Attorneys for Debtor and Debtor-in-Possession
TECHNOLOGY PROPERTIES LIMITED LLC

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFONRIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re: | Case No.: 13- 51589SLJ |
| TECHNOLOGY PROPERTIES LIMITED, LLC, a California limited liability company, | Chapter 11 |
| | NO HEARING SET |
| Debtor. | |

**NOTICE OF FILING AND SUBMISSION OF BUDGET FOR USE OF CASH COLLATERAL BY TPL (APRIL, 2015)**

TO SECURED CLAIMANTS CUPERTINO CITY CENTER BUILDINGS, A CALIFORNIA LIMITED PARTNERSHIP ("CCC"), SWAMY VENKIDU ("VENKIDU"), AND DANIEL E. LECKRONE (COLLECTIVELY WITH CCC AND VENKIDU, THE "SECURED CLAIMANTS") AND THE OFFICIAL UNSECURED CREDITORS' COMMITTEE (THE "COMMITTEE") :

PLEASE TAKE NOTICE that debtor and debtor in possession Technology Properties Limited LLC ("TPL") hereby submits its budget for the use of cash collateral for the month of April, 2015 to CCC, Venkidu, Mr. Leckrone, and the Committee pursuant to the terms of the November 20, 2014 Order Granting Fifth Motion To Approve Stipulation For Use Of Cash Collateral (FRBP 4001(b), (d)) and Amended Stipulation (the "Cash Collateral Procedures Order"). A true and correct copy of the budget is attached hereto as Exhibit "A" (hereafter referred to as the "Budget").

PLEASE TAKE FURTHER NOTICE Paragraph 2 of the Cash Collateral Procedures Order provides as follows:

> As to all further requests by TPL to use cash collateral, TPL be and hereby is authorized to submit and serve upon to the Secured Claimants and Committee a budget without filing a further motion to approve use of cash collateral. The budget shall also be filed with the Court. Filing and service shall take place at least five or, at TPL's sole option, more calendar days prior to the end of calendar month. The budget shall, if no timely objection is filed and served upon counsel for TPL and the Committee by the end of the fifth day after service, be deemed approved and the use of cash collateral authorized without further order of the Court. If an objection is filed, then TPL shall set a hearing on not less than one business days' notice to the objecting party.

PLEASE TAKE FURTHER NOTICE that the last day to object to the Budget is May 13, 2015.

Dated: May 8, 2015                                BINDER & MALTER

By: /s/ *Robert G. Harris*
    ROBERT G. HARRIS

Attorneys for Debtor and Debtor In Possession Technology Properties Limited, LLC

## TPL BUDGET FOR APRIL, 2015

| Item | Amount |
|---|---:|
| Dwayne Hannah Financial consulting and tax planning (April '15) | $ 2,500.00 |
| Marcie Brown Board services (April '15) | $ 4,500.00 |
| David Wright Board services (April '15) | $ 6,247.05 |
| Swamy Venkidu CEO services (April '15) | $10,000.00 |
| US Trustee | $ 4,875.00 |
| TriNet Corp Insurance | $ 150.00 |
| TPL Office Rent & AT&T Internet services (April '15) | $ 348.50 |
| D&O Insurance | $ 46,000.00 |
| Alliacense Fast Logic (April '15) | $ 53,466.00 |
| Alliacense CORE FLASH (April '15) BUDGET | $ 95,000.00 |
| CF Damages Expert Retainer Fee | $ 15,000.00 |
| CF litigation: Judge Wilken appointing Mr. Kwan Chan as Technical Advisor. | $ 30,000.00 |
| Professional fees (Binder & Malter; Dorsey & Whitney) paid subject to availability of funds | $100,000.00 |
| **TOTAL** | $ 369,086.55 |