

Heinz Binder (SBN 87908)
Robert G. Harris (SBN 124678)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531
Email: Heinz@bindermalter.com
Email: Rob@bindermalter.com

Attorneys for Reorganized Debtor
Technology Properties Limited, LLC

**The following constitutes
the order of the court. Signed March 5, 2018**

_Stephen Johnson_

**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No: 13-51589 SLJ |
| TECHNOLOGY PROPERTIES LIMITED, LLC, | Chapter 11 |
| | NO HEARING SET UNLESS REQUESTED |
| Debtor. | |

**FINAL DECREE IN CHAPTER 11 CASE**

Upon consideration of Motion for Entry of Final Decree Closing Chapter 11 Case (11 U.S.C. 350(a), FRBP 3022, BLR 3022-1) (the "Motion") filed by Reorganized Debtor Technology Properties Limited, LLC pursuant to 11 U.S.C. § 1101(2), Federal Rule of Bankruptcy Procedure 3022 and Local Bankruptcy Rule 3022-1, and after notice and an opportunity for hearing, the Motion be and hereby is GRANTED, and the above-captioned Chapter 11 case is CLOSED.

*** END OF ORDER ***

1                                      COURT SERVICE LIST

2

3   All ECF Recipients.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28